# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 3:20-cr-229 |
| v. | : | (JUDGE MANNION) |
| **JOSEPH GRAZIANO** | : | |

# ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the Defendant's motion (Doc. 13) is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: November 18, 2024**
20-229-01-order